IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-529-*** |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this _14_ day of _September_, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's average annual income of over $18,000.00 (D.I. 1).

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States Magistrate Judge