AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __CA 07-529__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__9/24/7__                    x Stephanie L. Ford
(Date forms issued)           (Signature of Party or their Representative)

                              x Stephanie L. Ford
                              (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action