AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

STEPHANIE LYNN FORD

V.

**SUMMONS IN A CIVIL CASE**

CHRISTIANA CARE HEALTH SYSTEMS

CASE NUMBER: 07-529 *** (MPT)

2007 SEP 27 PM 1:46

TO: (Name and address of Defendant)

CHRISTIANA CARE HEALTH SYSTEMS
200 HYGEIA DRIVE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHANIE LYNN FORD PRO-SE
19 ALBANY AVE
NEW CASTLE, DE 19720

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    9/25/07
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/26/07 |
| NAME OF SERVER *(PRINT)* WILLIAM THEIS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 200 HYGEIA DR, NEWARK, DE
to ROSEANNE NICOLUCCI AT 10:07AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/07         [signature]
            Date              Signature of Server

230 N MARKET ST, WILM. DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.