IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br>           Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br><br>           Defendant. | :<br>:<br>:<br>:   C.A. No. 07-529-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S MOTION TO CONSOLIDATE
THIS CIVIL ACTION WITH CIVIL ACTION NOS. 06-301 AND 06-458**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Defendant Christiana Care Health Systems hereby moves to consolidate the above-captioned Civil Action with Civil Action Nos. 06-301 and 06-458 and to assign this case to the Honorable Mary Pat Thynge. In support of this Motion, Defendant relies upon the accompanying Memorandum of Law and attached documents.

                                                      Respectfully submitted,

                                                      /s/ David H. Williams
                                                      David H. Williams (#616)
                                                      dwilliams@morrisjames.com
                                                      James H. McMackin, III (#4284)
                                                      jmcmackin@morrisjames.com
                                                      MORRIS JAMES LLP
                                                      500 Delaware Ave., Suite 1500
                                                      P.O. Box 2306
                                                      Wilmington, DE  19899-2306
                                                      (302) 888-6900/5849

                                                      Of Counsel:
                                                      Michael J. Ossip
                                                      Sean W. Sloan
                                                      MORGAN, LEWIS & BOCKIUS LLP
                                                      1701 Market Street
                                                      Philadelphia, PA  19103
                                                      215.963.5761/5084
Dated:  February 8, 2008                            Attorneys for Defendant

1692659/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff, | : C.A. No. 07-529-JJF |
| v. | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 8, 2008, I electronically filed the attached (1) **DEFENDANT'S MOTION TO CONSOLIDATE THIS CIVIL ACTION WITH CIVIL ACTION NOS. 06-301 AND 06-458**, (2) **STATEMENT PURSUANT TO LOCAL RULE 81.2**, and (3) **PROPOSED ORDER** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynne Ford
19 Albany Avenue
New Castle, DE 19720

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6900/5849

Attorneys for Defendant

1692659/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | : C.A. No. 07-529-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW this _____ day of _____, 2008, upon consideration of Defendant's Motion to Consolidate This Civil Action with Civil Action Nos. 06-301 and 06-458, and Plaintiff's response thereto, it is hereby ORDERED that said Motion is Granted and that Civil Action No. 07-529 is hereby consolidated with Civil Actions No. 06-301 and 06-458 and assigned to the Honorable Mary Pat Thynge.

_____
J.

1692659/1