IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | C.A. No. 07-529-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT PURSUANT TO LOCAL RULE 81.2

Pursuant to Local Rule 81.2, Defendant Christiana Care Health System provides this statement identifying pending matters that require judicial action.

On October 16, 2007, Defendant filed its Motion to Dismiss Plaintiff's Complaint in this civil action. This Motion is the only pending matter that requires judicial action in this case.

Respectfully submitted,

*David H. Williams*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6900/5849

Of Counsel:
Michael J. Ossip
Sean W. Sloan
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5761/5084
Attorneys for Defendant

Dated: February 8, 2008