IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff, | : C.A. No. 07-529-JJF |
| v. | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

**ORDER**

AND NOW this ___18___ day of _March_, 2008, upon consideration of Defendant's Motion to Consolidate This Civil Action with Civil Action Nos. 06-301 and 06-458, and Plaintiff's response thereto, it is hereby ORDERED that said Motion is Granted and that Civil Action No. 07-529 is hereby consolidated with Civil Actions No. 06-301 and 06-458 and assigned to the Honorable Mary Pat Thynge.

_[signature]_
U.S. District Judge

1692659/1