NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

2008 MAY 21 PM 12: 52

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 07-529
06-301

STEPHANIE LYNN FORD

v.

CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON AND CLARA CLARK

DISTRICT COURT JUDGE: MPT

Notice is hereby given that STEPHANIE LYNN FORD
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[✓] Other (specify) MOTION TO DISMISS (D.I. 9 FOR 07-529)

ORDER #16

entered in this action on 5/21/08 .
(date)

DATED: 5/21/08

Stephanie L. Ford
(Counsel for Appellant-Signature)

PRO-SE - Stephanie L. Ford
(Name of Counsel - Typed)

19 ALBANY AVE
(Address)

NEWCASTLE, DE 19720

(302) 658-6740
(Telephone Number)

(Counsel for Appellee)

(Address)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.